THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBIN PERRY,<br><br>                Defendant. | CASE NO. CR17-0203-JCC<br><br>PROTECTIVE ORDER |

This matter comes before the Court on a stipulated motion for discovery protective order between the United States and Defendant Robin Perry (Dkt. No. 101).

The Court hereby GRANTS the motion and enters the following order:

## **DISCOVERY PROTECTIVE ORDER**

**A.    Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, victim identity, and/or any other similar information or number implicating a privacy interest of and belonging to an individual, business, partnership, or corporation.

As used in this Order, the term "Protected Material" means any document or other record containing or reflecting Protected Information.

**B.     Permissible Disclosure of Protected Information and Protected Material**

The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of the Protected Material is limited to defense counsel, their investigators, paralegals, assistants, law clerks, and experts ("members of the defense team").

Members of the defense team may not provide copies of the Protected Material to other persons, including defendants themselves.  Members of the defense team may review Protected Information and/or Protected Material with defendants.  The defendants may visually inspect and review such documents but shall not be allowed to possess Protected Information (such as unredacted copies of Protected Material, notes, copies, or photographs of such Protected Material containing Protected Information).  The defendants may possess documents from which all Protected Information has been redacted.

Members of the defense team may review or discuss the contents of documents containing Protected Material with any prospective witness, as long as they do not share the unredacted documents, or share any Protected Information with any prospective witness.

**C.     Filing**

If any Protected Information or Protected Material is filed in court or otherwise disseminated as part of litigation, the parties shall redact such information prior to filing; unless, based on a party's application prior to filing, the Court finds that an unredacted filing is necessary and appropriate.

**D.     Maintenance**

Members of the defense team shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above-captioned case.

All documents containing Protected Material shall be returned to the

United States, or destroyed, once all charges are resolved by dismissal or by final conviction. The provisions of this Order shall not terminate at the conclusion of this prosecution.

**E.     Modification**

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by other order of the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 13 , 2017            /s/Marie M. Dalton
                                    Attorney for Plaintiff United States of America

DATED: October 13, 2017             /s/Sean P. Gillespie
                                    Attorney for Defendant Robin Perry

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 25th day of October 2017.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE